## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated, | Case No. 1:16-cv-07648 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | |
| LKQ CORPORATION, a Delaware corporation | |
| Defendant. | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 25, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and present Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

    *   *   *   *   *

Respectfully submitted,

**Wendell H. Stone Company, Inc. d/b/a Stone & Company**, individually and on behalf of all others similarly situated,

Dated: January 20, 2017      By: /s/ Steven L. Woodrow
                     One of Plaintiff's Attorneys

Marc McCallister
mmccallister@gmail.com
Gary D. McCallister & Associates
120 North LaSalle St., #2800
Chicago, IL 60602
(312) 345-0611

Steven L. Woodrow

1

Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Stefan L. Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Tel: 877.333.9427
Fax: 888.498.8946
Law@StefanColeman.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 20, 2017, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

/s/ Steven L. Woodrow