IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a/ STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>LKQ CORPORATION, a Delaware corporation,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>) Case No. 16-cv-07648<br>)<br>) Honorable Matthew F. Kennelly<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday**, **April 20, 2017**, at **9:30 a.m.** Defendant LKQ Corporation will appear through counsel before the Honorable Matthew F. Kennelly in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present an **MOTION TO ALLOW WITHDRAWAL OF APPEARANCE OF ATTORNEY MATTHEW A. BILLS AS COUNSEL OF RECORD FOR DEFENDANT**, a copy of which was served on you via the CM/ECF system.

Dated: April 14, 2017　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Shook, Hardy & Bacon L.L.P.

　　　　　　　　　　　　　　　　By: */s/ Matthew A. Bills*

　　　　　　　　　　　　　　　　George R. Dougherty
　　　　　　　　　　　　　　　　Matthew A. Bills
　　　　　　　　　　　　　　　　Andrew M. Meerkins
　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　111 South Wacker Drive
　　　　　　　　　　　　　　　　Suite 5100
　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　Telephone: (312) 704-7700
　　　　　　　　　　　　　　　　gdougherty@shb.com
　　　　　　　　　　　　　　　　mbills@shb.com
　　　　　　　　　　　　　　　　ameerkins@shb.com

　　　　　　　　　　　　　　　　*ATTORNEYS FOR LKQ CORPORATION*

## **CERTIFICATE OF SERVICE**

      I, Matthew A. Bills, an attorney, hereby certify that on April 14, 2017, I caused a true and correct copy of **NOTICE OF MOTION** to be served on counsel of record via ECF.

                                                     */s/ Matthew A. Bills*

3943439