# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LKQ CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 1:16-cv-07648<br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF SCOTT DICARLO ON BEHALF OF**

**SETTLEMENT ADMINISTRATOR RE NOTICE DISTRIBUTION**

I, Scott DiCarlo, declare as follows:

  1.  I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California. I am over 21 years of age and I am not a party to this action. I have personal knowledge of the facts set forth and, if called as a witness, could and would testify competently thereto.

  2.  KCC was retained to serve as the Claims Administrator in this case.

  3.  This declaration will describe KCC's experience, as well as the notice program (the "Notice Program") proposed for this case.

  4.  KCC is a class action administrator that specializes in providing comprehensive class action services including, but not limited to, pre-settlement consulting, email and mailing campaign implementation, website design, claims administration, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, class member data

management, legal notification, call center support, claims administration, and other related services critical to the effective administration of class actions. KCC has developed efficient, secure and cost-effective methods to properly handle the voluminous data and mailings associated with the noticing, claims processing, and disbursement requirements of settlements to ensure the orderly and fair treatment of class members and all parties of interest.

5. KCC's business is national in scope. Since 2000, KCC (along with Rosenthal & Company, which was acquired by KCC in 2010, and Gilardi & Company, which was acquired by KCC in 2015) has been retained to administer more than 6,000 class actions. As part of these class actions, KCC has provided noticing solutions in cases with class members that range in numbers from 22 to over 22 million, and has distributed settlement payments totaling well over two billion dollars in the aggregate.

6. By Order dated January 25, 2017, preliminarily approving the class action settlement (the "Settlement Agreement"), the Court approved the appointment of KCC as the third-party administrator ("Settlement Administrator") to provide Class Notice to Settlement Class Members and perform other functions and duties set forth in the Settlement Agreement. Our duty was to mail the Class Notice.

**Class List**

7. On January 30, 2017, KCC received data from the defendant, containing postal addresses of 6,533 individuals who were identified as Settlement Class Members ("Class List"). The Class List included client customer number, names, addresses, and primary phone numbers. Of the 6533 records, 31 of which were missing mailing addresses. The remaining 31 were sent for a reverse phone search without success. No duplicate records were found based on name, address and customer number. No foreign addresses were identified. KCC formatted the list for mailing purposes and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). A total of 146 were found and updated via NCOA. KCC updated its proprietary database with the Class List. The net volume for mailing was 6,502.

**Mailed Notice**

8. On February 15, 2017, KCC caused the Notice to be printed and mailed to the 6,502 names and mailing addresses in the Class List. A true and correct copy of the Notice is attached hereto as **Exhibit A.**

9. Since mailing the Notice Packets to the Class Members, KCC has received 306 notices returned by the USPS with undeliverable addresses. Through credit bureau and/or other public source databases, KCC performed address searches for these undeliverable Notice Packets and was able to find updated addresses for 16 Class Members. KCC promptly re-mailed Notice Packets to the found new addresses.

**Request for Exclusion from Class**

10. The postmark deadline for Class Members to request to be excluded from the class is April 11, 2017. As of the date of this declaration, KCC has received 8 timely requests for exclusion.

**Objections to the Settlement**

11. The postmark deadline for Class Members to object to the settlement is April 11, 2017. As of the date of this declaration, KCC has not received any objections to the settlement.

**Administration Costs**

12. KCC estimates its total cost of administration regarding the Notice and Distribution to be $25,840.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 19th of April, 2017, at San Rafael, California.

_____
SCOTT DICARLO

# EXHIBIT A

*Stone & Co. v. LKQ Corporation*
1:16-cv-07648 (ND Ill.)
Settlement Administrator
P.O. 43434
Providence, RI 02940-3434

**LEGAL NOTICE**

2D

**ATTENTION! If You Received Fax Advertisements from LKQ Corp. or Coast Distribution from July 28, 2012 to February 15, 2017 You Are Part of a Class Action Settlement**



Postal Service: Please Do Not Mark Barcode

LKS-<<Claim7>>-<<CkDig>>

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

**Learn More At:
www.stonetcpasettlement.com**

# LKS

**Summary Notice**

You are receiving this notice because you have been identified as a settlement class member in *Wendell H. Stone Company, Inc. v. LKQ Corporation* 1:16-cv-07648, pending in the U.S. District Court for the Northern District of Illinois. The Court has preliminarily approved a settlement that could impact your legal rights whether you act or not. This is only a summary of the Full Notice. Visit www.stonetcpasettlement.com to read the Full Notice and to view important court dates and documents.

**Nature of the Action.** This lawsuit alleges that The Coast Distribution System, Inc. ("Coast") (which has since been purchased by LKQ) sent certain fax advertisements in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. The Class Representative claims that Coast sent faxes without prior express permission and with insufficient opt-out notices. Coast/LKQ denies that it violated any laws and asserts several defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the settlement.

**How Do I Know if I Am a Class Member?** You fall into the definition of the Settlement Class if you received a fax advertisement from Coast or LKQ from July 28, 2012, to February 15, 2017.

**What Are My Options?** If you do not submit a Request for Exclusion you will be paid an equal share of the Settlement Fund after monies are deducted for notice and administrative costs, any incentive award for the Class Representative, and any award of reasonable attorneys' fees. You can discuss the case with Class Counsel. You may also enter an appearance through an attorney if you so desire. You may request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Stone & Co. v. LKQ Corporation* 1:16-cv-07648" to the Settlement Administrator, postmarked by **April 3, 2017.** If you wish to object, you must file your objection with the court, and postmark/mail your objection to class and defense counsel by **April 3, 2017**. Specific information is available at www.stonetcpasettlement. If you do nothing you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the settlement and won't receive your share of the Settlement Fund.

**Who Represents Me?** The Court has approved Steven L. Woodrow and Patrick Peluso of Woodrow & Peluso LLC and Stefan Coleman of the Law Offices of Stefan Coleman, P.A. to be the attorneys representing the Class in this case. These attorneys are referred to as Class Counsel. Class Counsel is compensated from the Settlement Fund in this case and you will not incur any out-of-pocket expense for these lawyers. You may also hire your own lawyer at your own expense.

**How Do I Get More Information?**

For more information about the proposed settlement and a copy of the full Notice go to www.stonetcpasettlement.com or contact Class Counsel at (720) 213-0675.

*Stone & Co. v. LKQ Corporation* **1:16-cv-07648**

**TO LEARN MORE VISIT:**
**www.stonetcpasettlement.com**

---

To request exclusion, submit your signed statement that says "I wish to be excluded from *Stone & Co. v. LKQ Corporation* 1:16-cv-07648" to:

Settlement Administrator
*Stone & Co. v. LKQ Corporation*
1:16-cv-07648
P.O. 43434
Providence, RI 02940-3434

---

For all other inquiries, contact Class Counsel at:

*Stone & Co. v. LKQ Corporation*
1:16-cv-07648
Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0675
swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com

**www.stonetcpasettlement.com**