# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LKQ CORPORATION, a Delaware corporation <br>　　　　　　Defendant | Case No. 1:16-cv-07648 <br><br> Hon. Matthew F. Kennelly |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 4, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and present Plaintiff's Motion Final Approval of Class Action Settlement.

Dated: April 20, 2017

Respectfully submitted,

**Wendell H. Stone Company, Inc. d/b/a Stone & Company**, individually and on behalf of all others similarly situated,

By: /s/ Steven L. Woodrow
One of Plaintiff's Attorneys

Marc McCallister
mem@mccallisterlawgroup.com
McCallister Law Group
120 North LaSalle St., #2800
Chicago, IL 60602
(312) 345-0611

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Stefan L. Coleman
Law@StefanColeman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Tel: 877.333.9427
Fax: 888.498.8946

*pro hac vice

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on April 20, 2017, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

       /s/ Steven L. Woodrow

2