IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated, | Case No. 1:16-cv-07648 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | |
| LKQ CORPORATION, a Delaware corporation | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 17, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Wendell H. Stone Company, Inc. shall appear before any judge sitting on the matter in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and present the Agreed Motion to Approve *Cy Pres* Designees. Plaintiff also requests permission for its counsel, Steven L. Woodrow, to appear by telephone.

Dated: December 6, 2019    Respectfully submitted,

**Wendell H. Stone Company, Inc. d/b/a Stone & Company,** individually and on behalf of all others similarly situated,

 /s/ Steven L. Woodrow

Steven L. Woodrow
(swoodrow@woodrowpeluso.com)
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow &amp; Peluso, LLC

1

        3900 East Mexico Ave., Suite 300
        Denver, Colorado 80210
        Telephone: (720) 213-0675
        Facsimile: (303) 927-0809

        Marc McCallister
        mmccallister@gmail.com
        Gary D. McCallister &amp; Associates
        120 North LaSalle St., #2800
        Chicago, IL 60602
        (312) 345-0611

*pro hac vice

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on December 6, 2019, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

                                          /s/ Steven L. Woodrow