UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Wendell H. Stone Company, Inc.

                          Plaintiff,

v.                                           Case No.: 1:16–cv–07648
                                                            Honorable Matthew F. Kennelly

LKQ Corporation

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: The 12/19/2019 hearing date on the agreed motion to approve cy pres designees is vacated at the Court's instance. The motion discloses that $261,000 in undistributed funds remains. Before the Court will consider distribution of the remaining settlement funds to cy pres designees, the parties are going to have to do more to convince the Court that a thorough and adequate effort has been made to get checks to the class members in a way designed to maximize the likelihood they would be negotiated. This has not been done at this point. The parties are directed to supplement the motion to provide at least the following information, along with any other information that might assist the Court in deciding the motion: the number of class members to whom checks were sent; how the addresses for class members were determined for the first mailing; what the envelope and the enclosures looked like; the amount of each distribution; what percentage of the class members failed to negotiate the checks initially; how many were returned undeliverable; what <u>exactly</u> was done to attempt to send or resend checks to those who had not negotiated them, or to otherwise locate them; what, if anything was done differently with regard to the second mailing (including what the envelope and enclosures looked like); comparison to other similar cases in terms of the percentage of unnegotiated checks; and the assessment of counsel for both sides regarding why such a large amount of settlement funds remain unclaimed. This supplement is to be filed by 12/20/2019. The motion is entered and continued for hearing on 1/10/2020 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.