# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated, | Case No. 1:16-cv-07648 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | |
| LKQ CORPORATION, a Delaware corporation | |
| Defendant. | |

## DECLARATION OF SCOTT DICARLO
## REGARDING DISTRIBUTION OF SETTLEMENT FUNDS

I, SCOTT DICARLO, declare:

1. I am employed as a senior project manager of the Class Action Group at Kurtzman Carson Consultants ("KCC"). In accordance with the Settlement Agreement, I provide this declaration confirming the distributions to be made to the Settlement Class Members, class counsel, and administration fees from the settlement funds. I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

2. On January 30, 2017, KCC received data from the defendant, containing postal addresses of 6,533 individuals who were identified as Settlement Class Members ("Class List"). The Class List included client customer number, names, addresses, and primary phone numbers. Of the 6533 records, 31 of which were missing mailing addresses. The remaining 31 were sent for a reverse phone search without success. No duplicate records were found based on name, address and customer number. No foreign addresses were identified. KCC formatted the list for mailing purposes and processed the names and addresses through the National Change of

AFFIDAVIT OF SCOTT M. DICARLO REGARDING DISTRIBUTION OF SETTLEMENT FUNDS

Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). A total of 146 were found and updated via NCOA. KCC updated its proprietary database with the Class List. The net volume for mailing was 6,502.

3. On July 31, 2017 KCC issued 6,495 checks to members of the class. The total amount distributed was $2,249,088.60. Each check was in the amount of approximately $346.28.

4. KCC issued payments in the form of a removable business check attached to a formatted letter. An example of this letter is attached hereto as Exhibit A. These checks were mailed via the United States Postal Service ("USPS") in standard windowed envelopes; an example of this envelope is attached hereto as Exhibit B.

5. The total number of uncashed checks as of October 31, 2017 was 1,105 totaling $382,639.40. These checks were initially issued with a ninety-day stale date and went stale on October 27, 2017. As of October 31, 2017, 17.01% of class members had failed to negotiate their settlement check.

6. KCC has received a total of 469 checks returned as undeliverable USPS. KCC skip-trace searched checks returned as undeliverable for an updated address. These searches were conducted through one of our vendors, PacificEast, which utilizes credit header information from credit bureaus as well as other public databases to find a more accurate address for the individual. When an updated address was found, KCC caused the check to be reissued to the class member.

7. As of September 24, 2018 KCC reported that there were 1,069 checks that remained uncashed totaling $370,173.32. The percentage of the class that had failed to negotiate their settlement check was 16.46%. At the instruction of the parties, KCC attempted to manually search for updated addresses or mailing information for approximately 643 records where the

check had not been returned to KCC as undeliverable and no updated address was located after being searched. KCC used internet search engines and publically available websites such as Google and Yelp via the Google Chrome internet browser in an attempt to manually locate a more accurate address.

8. KCC assigned two staff members to this project, a Senior Project Manager and a Project Manager, who searched for the business name, website, and address in an attempt to determine a valid mailing address. KCC estimates that staff spent approximately 50 hours attempting to locate new addresses.

9. KCC was able to update 515 records with new mailing information. On May 17, 2019 KCC reissued approximately 512 checks using the information obtained.

10. Throughout the settlement administration, KCC has continued to reissue checks when requested by the parties or the class member. All reissue mailings use the same format of enclosure and envelope shown in Exhibit A and Exhibit B.

11. As of December 19, 2019 there were 798 checks that remained uncashed totaling $276,331.44. Approximately 87.71% of class members had successfully negotiated their check by this date.

12. KCC has served as the administrator for similar matters. In a project that required a claim be filed to obtain a payment, *Lary, et al. v. Rexall Inc., et al.*, 89.15% of checks have cashed as of December 19, 2019. This project had a claims filing rate of approximately 5.00%. In *Degen v. Zimmer Dental, Inc.*, another similar matter with a claims filing rate of approximately 10.00%, the check cashing rate was 96.10% as of August 29, 2016.

AFFIDAVIT OF SCOTT M. DICARLO REGARDING DISTRIBUTION OF SETTLEMENT FUNDS

13. In *Abramson v. CWS Apartment Homes*, checks were issued to class members without the need to file a claim. As of December 19, 2019 the percentage of class members who successfully cashed their settlement checks was 72.21%.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 20th day of December, 2019 at San Rafael, California.

_____
SCOTT M. DICARLO

AFFIDAVIT OF SCOTT M. DICARLO REGARDING DISTRIBUTION OF SETTLEMENT FUNDS

# EXHIBIT A



Stone & Co. v. LKQ Corporation Settlement Fund
c/o Kurtzman Carson Consultants, LLC.
P.O. Box 43453
Providence, RI 02940-3453

DEL : 2
FNAME LNAME
NAME1
NAME2
NAME3
NAME4
ADDR1
ADDR2
SAN DIEGO CA  92171
FZIP
FCOUNTRY

Stone & Co. v. LKQ Corporation
c/o KCC
P.O. Box 43434
Providence, RI 02940-3434
January 1, 1900

Re: Stone & Co. v. LKQ Corporation 1:16-cv-07648 (ND Ill.)
Your Settlement Payment for Claim ID Claim7

Dear Class Member:

Enclosed please find a check in the amount of $999.99. This check represents your settlement payment in the Stone & Co. v. LKQ Corporation matter.

Please cash this check no later than January 01, 1900; after that date this check will no longer be negotiable.

If you have any questions concerning the enclosed check or the settlement, please consult the website at www.stonetcpasettlement.com. Your Claim ID is CaseID-Claim7-ChkDig.

If you have any questions about potential tax issues as a result of this award, we recommend that you consult a professional tax consultant. Neither Class Counsel, Defense Counsel, nor the Settlement Administrator can provide you with any tax advice, and will not respond to inquiries on that subject.

Sincerely,
Settlement Administrator

---

**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND * THIS PAPER CONTAINS FLOURESCENT FIBERS AND OTHER SECURITY FEATURES**

Stone & Co. v. LKQ Corporation Settlement Fund
c/o Kurtzman Carson Consultants, LLC.
P.O. Box 43453
Providence, RI 02940-3453

Huntington National Bank
P.O. Box 1558
Columbus, OH 43272-4195

25-2/440

**Check No.**
**1234567890**

PAY  **********Nine Hundred Ninety Nine Dollars and 99/100  **********

**Date: 1/1/1900**    **Pay  Amount: $999.99**

TO THE ORDER OF

FNAME LNAME
NAME1
NAME2
NAME3
NAME4
ADDR1

Claim #: CaseID-Claim7-ChkDig    VOID AFTER January 01, 1900

⑈ 1234567890 ⑈  ⑆ 044000024 ⑆   1234567 ⑈

# **EXHIBIT B**

