IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LKQ CORPORATION, a Delaware corporation <br><br> Defendant. | Case No. 1:16-cv-07648 <br><br> Hon. Matthew F. Kennelly |

**PLAINTIFF'S SUPPLEMENT IN SUPPORT OF MOTION TO
<u>APPROVE *CY PRES* DESIGNEES</u>**

Plaintiff Wendell H. Stone Company, Inc.[1] ("Plaintiff" or "Stone"), on behalf of itself and all other Settlement Class Members, hereby supplements Plaintiff's Motion to Approve *Cy Pres* Designees as follows:

1. On January 10, 2020 this Court held a hearing on Plaintiff's Motion to Approve *Cy Pres* Designees. (Dkt. 48.)

2. During the hearing, the Court asked the Parties to provide additional information regarding the two proposed *cy pres* designees. This Supplement is intended to provide such additional information:

**The Illinois Institute of Technology, Chicago-Kent College of Law's Institute for Science, Law, and Technology**

3. According to the attached About page:

---

[1] Plaintiff's counsel has conferred with counsel for Defendant LKQ, who indicated that LKQ does not object to this Supplement or the relief sought in Plaintiff's Motion to Approve Cy Pres Designees.

1

> ISLAT employs a team of professors, legal fellows, and research assistants to conduct cutting-edge legal and policy research on emerging science and technology issues. Recently-completed ISLAT projects include a paper on the risks of virtual clinical trials, a book chapter on the intersection of genetics and art, and a paper on the privacy policies, permissions, and transmissions of mobile diabetes apps. ISLAT has worked with legislators, lawyers, and journalists to help craft policy and spread awareness of important science and technology issues related to genetics, reproductive technologies, and internet privacy.

See ISLAT About Page, a true and accurate copy of which is attached hereto as Ex. A.

4. ISLAT has examined a wide-range of technology and privacy issues, including medical app privacy, predictive policing, and the use of deep-fake video technology. See Ex. A.

**The Northwestern Law and Technology Initiative**

5. As set forth in the attached Law & Technology summary:

> The Initiative operates at the intersection of law and technology, including legal-services delivery technologies and laws and regulations governing technologies. Our vision for the Initiative is a partnership between Pritzker School of Law, McCormick School of Engineering, and external partners such as law firms, corporate legal departments, legal aid organizations, courts, other legal-services providers, legal technology companies, and information providers.

*See* Northwestern Law & Technology Initiative summary, a true and accurate copy of which is attached as Group Ex. B.

6. The Initiative has focused on developing technologies for legal services delivery and, among other issues, has examined the use of Artificial Intelligence in the provision of legal services. See Group Ex. B.

7. "Because 'money not claimed by class members should be used for the class's benefit to the extent that is feasible,' it is appropriate to select a *cy pres* beneficiary whose mission aligns with the goals of the TCPA." *Leung v. XPO Logistics, Inc.*, 326 F.R.D. 185, 205 (N.D. Ill. 2018) (approving National Consumer Law Center as cy pres recipient) (citing *Ira Holtzman, C.P.A. v. Turza*, 728 F.3d 682, 689 (7th Cir. 2013)).

8. In this case, both *cy pres* designees are closely related to the issues underlying the case: privacy rights at the intersection of modern communications technologies. As such, the proposed *cy pres* designees should be approved by the Court.

WHEREFORE, Plaintiff Wendell H. Stone Company, Inc., on behalf of itself and all other Settlement Class Members, respectfully requests that the Court approve the two *cy pres* designees and award such additional relief as the Court deems necessary and just.

Counsel for Plaintiff

/s/ Steven L. Woodrow

Steven L. Woodrow
(swoodrow@woodrowpeluso.com)
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Marc McCallister
(mmccallister@gmail.com)
McCallister Law Group, LLC
200 N. LaSalle, Suite 2150
Chicago, Illinois 60601
Telephone (312) 345-0611

*pro hac vice

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on January 13, 2020, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

                /s/ Steven L. Woodrow