# EXHIBIT B

# Law and Technology Initiative

## First Thursday of each month (beginning September 5, 2019)

The Initiative operates at the intersection of law and technology, including legal-services delivery technologies and laws and regulations governing technologies. Our vision for the Initiative is a partnership between Pritzker School of Law, McCormick School of Engineering, and external partners such as law firms, corporate legal departments, legal aid organizations, courts, other legal-services providers, legal technology companies, and information providers.

As part of the Initiative, we are planning a series of engaging events. In addition to Monthly Meetings, we plan to host training seminars, academic workshops, distinguished speakers, and an annual conference. We will also continue to undertake research and development projects with external partners, including in our Innovation Lab class, which was highlighted in this Law.com article.

The Initiative Monthly Meetings will focus on:

1. building a community of practitioners, scholars, and students;
2. sharing information, research, and other resources within this community;
3. gathering feedback from the practitioner community regarding their challenges, needs, and interests; and
4. providing Initiative updates.

At the September 5 meeting, approximately 120 practitioners, allied professionals, law faculty and students, and computer science faculty and students engaged in wide ranging discussion about Law and Technology challenges. This Northwestern Engineering News article summarizes the event.

Case: 1:16-cv-07648 Document #: 49-2 Filed: 01/13/20 Page 3 of 5 PageID #:341

# Upcoming Events

**Early Oct. 2019**

We are currently accepting projects for (1) the January to April 2020 Innovation Lab and (2) the Master of Science in Artificial Intelligence program. Please email Dan Linna (daniel.linna@law.northwestern.edu) for required documents and other information.

**December**

Thursday, Dec. 5, 4-5:30pm (networking 5:30 to 6:30pm)

Monthly Meeting, talks, & networking – Topic: **Case Studies: Developing Technology Tools for Legal-Services Delivery**. Please register to attend.

The use of technology to augment and automate legal-services delivery has increased dramatically. Many organizations are using expert systems, document automation, machine learning, natural language processing, and other technologies. During this session, several experts will present brief case studies summarizing their experiences with these tools. Why use these technologies? How should organizations approach the development or implementation of legal technology tools? What must be done to complete a project successfully and maintain a system? How should we measure success? What is the return on investment for legal technology projects? These are some of the questions our experts will address during this interactive session.

**Speakers will include:**

- Amy Clark, Illinois Legal Aid Online
- Nick Long, Reed Smith
- Jeroen Plink, Clifford Chance
- Jeff Sharer, Actuate Law

Friday, December 6 from 9:00 a.m. to 1:30 p.m. (networking 1:30 to 2:00 p.m.)

**AI in the Enterprise (Legal-Services Version)**

AI-enabled technologies have become common in some legal-services workflows, such as eDiscovery and due diligence. Yet most legal-services organizations do not have a plan or strategy for how AI technologies will transform legal-services delivery. In this session, Kris Hammond will provide a practical framework for how these technologies can be used, the necessary inputs, and expectations for effectiveness and value creation. Kris will take a deep dive into specific technologies from a functional perspective. Then, Dan Linna will provide an overview of AI usage in law today. Finally, Kris will discuss the data and talent needed to succeed with AI technologies, and outline a roadmap for bringing AI into legal-services organizations. Please register to secure your seat.

Agenda:

8:30 - 9:00 - Continental Breakfast

9:00 - 9:40 - Overview of the AI Ecosystem (Kris Hammond)

9:40 - 10:10 - Deeper Dive into AI Technologies from a Functional Perspective

10:10 - 10:30 - Text Analytics & Text Generation (Kris Hammond)

10:30 - 10:50 - Break

10:50 - 11:10 - Conversational Interfaces (Kris Hammond)

11:10 - 11:30 - AI in Law Today (Dan Linna)

11:30 - 12:10 - AI Team Building (Kris Hammond)

12:10 - 12:30 - Break to get Lunch (program continues over lunch)

12:30 - 12:50 - [Client-Facing AI Implementations] (Jeroen Plink, CEO of Clifford Chance Applied Solutions)

12:50 - 1:30 - Bringing AI into the Enterprise Today and in the Future (Kris Hammond)

1:30 - 2:00 - Post Event Networking

Thank you to our event sponsor: Clifford Chance & Clifford Chance Applied Solutions



**January / February**

[*Mini-Conference: Law and Technology topics featuring academics and practitioners*] - details TBA.

**Friday, March 6, 2020**

[*Technology at Society's Frontier: The Big Legal Issues*], Northwestern San Francisco Campus - details TBA.

.